

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00015-CR

———————————————

RUBEN VASQUEZ, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 4
Tarrant County, Texas
Trial Court No. 0353073D

Before Bassel, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Ruben Vasquez attempts to appeal a 1990 conviction. Because we have no jurisdiction, we dismiss this appeal.

The trial court imposed Vasquez's sentence on October 19, 1990. No motion for new trial was filed; thus, his notice of appeal was due November 19, 1990. *See* Tex. R. App. P. 26.2(a)(1). Vasquez did not file his notice of appeal until December 4, 2018—over twenty-eight years late.

On February 5, 2019, we notified Vasquez that because of the apparent untimeliness of his appeal, we would dismiss this appeal unless he or any party desiring to continue the appeal responded by February 15, 2019, and showed grounds for continuing the appeal. Vasquez responded, but his response does not show any grounds for continuing the appeal.

A notice of appeal that complies with the requirements of rule 26 is essential to vest this court with jurisdiction over an appeal. *See* Tex. R. App. P. 26.2. The Texas Court of Criminal Appeals has expressly held that without a timely filed notice of appeal, we cannot exercise jurisdiction over an appeal. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

Because Vasquez filed his pro se notice of appeal too late, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  March 7, 2019